UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

SEMENTHE DOZIER,

     Plaintiff,

  – against –

QUEST DIAGNOSTICS INCORPORATED,

     Defendant.

---------------------------------------- x

Case No. 09 Civ. 9941 (BSJ)

**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE***

PLEASE TAKE NOTICE that, upon the annexed affidavits of Amy J. Traub, Esq., and Joseph D. Guarino, Esq., Defendant Quest Diagnostics Incorporated (hereinafter referred to as "Quest Diagnostics" or "Defendant"), by its attorneys, Epstein Becker & Green, P.C., will move this Court before the Honorable Barbara S. Jones, U.S.D.J. at the United States Courthouse, United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on a date and at a time to be designated by the Court, for an Order pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, for the *pro hac vice* admission of Joseph D. Guarino, Esq., a member of the law firm of Epstein Becker & Green, P.C., Two Gateway Center, 12th Floor, Newark, New Jersey 07102, who is in good standing of the Bar of the State of New Jersey, the United States District Court for the District of New Jersey, and United States Courts of Appeals for the Second and Third Circuits, to the Bar of this Court for the purposes of representing Defendant in this litigation.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/09

NY:3911055v1

Dated: New York, New York
        December 21, 2009

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

By: _____
     Amy J. Traub
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
*Attorneys for Defendant*
*Quest Diagnostics Incorporated*

TO:    David Abrams, Esq.
        299 Broadway, Suite 1700
        New York, New York 10007
        *Attorney for Plaintiff*

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

Frances Many-Harris, being duly sworn, says:

I am not a party to this action, am over 18 years old and reside in Nutley, New Jersey. On December 21, 2009, I served a true copy of the *Notice of Motion for Admission Pro Hac Vice, Affidavits of Amy J. Traub and Joseph D. Guarino in Support of Motion for Admission Pro Hac Vice,* and *a proposed Order for Admission Pro Hac Vice*, via Federal Express overnight delivery addressed to the following person at the address indicated:

      To:    David Abrams, Esq.
                299 Broadway, Suite 1700
                New York, New York 10007
                *Attorney for Plaintiff*

                                              _____
                                              Frances Many-Harris

Sworn to before me this
___ day of _____, 2009

_____
Notary Public
      BEVERLY A. [illegible]
      Notary Public, S[illegible]
      No. 01[illegible]
      Qualified in [illegible]
      Commission Expires 05/14/20[illegible]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SEMENTHE DOZIER,

                Plaintiff,

  – against --

QUEST DIAGNOSTICS INCORPORATED,

                Defendant.

------------------------------------- x

Case No. 09 Civ. 9941 (BSJ)

**AFFIDAVIT OF AMY J. TRAUB IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

STATE OF NEW YORK  )
                          : SS.:
COUNTY OF NEW YORK  )

AMY J. TRAUB, being duly sworn, deposes and says:

1. I am a member of the law firm of Epstein Becker & Green, P.C., counsel for Defendant Quest Diagnostics Incorporated (hereinafter referred to as "Quest Diagnostics" or "Defendant"), in the above-captioned matter. I make this affidavit based on my personal knowledge of the facts set forth herein and in support of Defendant's motion for the admission of Joseph D. Guarino as counsel *pro hac vice* for Defendant in this matter, pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

2. I was admitted to practice before this Court in 2004 and remain a member in good standing.

3. Joseph D. Guarino is a member of the bar of the State of New Jersey. He is also admitted to practice before the United States District Court for the District of New Jersey and the U.S. Courts of Appeals for the Second and Third Circuits.

4. In my opinion, Mr. Guarino is an extremely competent attorney and of the highest moral character. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

5. I respectfully submit a proposed order granting the admission of Joseph D. Guarino, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion for admission of Joseph D. Guarino, *pro hac vice*, pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, to represent Defendant in the above-captioned matter, be granted.

_____
AMY J. TRAUB

Sworn to before me this
____ day of _____, 2009

_____
Notary Public
FRANCES R. MANY-HARRIS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01MA6109562
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES FEB. 4, 20___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SEMENTHE DOZIER,

                Plaintiff,

  -- against --

QUEST DIAGNOSTICS INCORPORATED,

              Defendant.

------------------------------------- x

Case No. 09 Civ. 9941 (BSJ)

**ORDER FOR ADMISSION**
*PRO HAC VICE*

Upon the motion of Amy J. Traub, attorney for Defendant Quest Diagnostics Incorporated, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Joseph D. Guarino, Esq.
> Epstein Becker & Green, P.C.
> Two Gateway Center, 12th Floor
> Newark, NJ 07102
> (973) 642-1900 (telephone)
> (973) 642-0099 (facsimile)
> jguarino@ebglaw.com

is admitted to practice *pro hac vice* as counsel for Defendant Quest Diagnostics Incorporated, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
        December 30, 2009

                                          _____
                                          Honorable Barbara S. Jones, U.S.D.J.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK ) 
                        ) ss:
COUNTY OF NEW YORK )

Frances Many-Harris, being duly sworn, says:

I am not a party to this action, am over 18 years old and reside in Nutley, New Jersey. On December 21, 2009, I served a true copy of the *Notice of Motion for Admission Pro Hac Vice, Affidavits of Amy J. Traub and Joseph D. Guarino in Support of Motion for Admission Pro Hac Vice,* and *a proposed Order for Admission Pro Hac Vice,* via Federal Express overnight delivery addressed to the following person at the address indicated:

    To: David Abrams, Esq.
          299 Broadway, Suite 1700
          New York, New York 10007
          *Attorney for Plaintiff*

/s/ Frances Many-Harris
Frances Many-Harris

Sworn to before me this
21st day of December, 2009

/s/ Beverly A. Harris-Chance
Notary Public

BEVERLY A. HARRIS CHANCE
Notary Public, State of New York
No. 01HA4922561
Qualified in Kings County
Commission Expires 03/14/20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SEMENTHE DOZIER,

                Plaintiff,

        - against -

QUEST DIAGNOSTICS INCORPORATED,

                Defendant.

------------------------------------- x

Case No. 09 Civ. 9941 (BSJ)

**ORDER FOR ADMISSION**
*PRO HAC VICE*

Upon the motion of Amy J. Traub, attorney for Defendant Quest Diagnostics Incorporated, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Joseph D. Guarino, Esq.
    Epstein Becker & Green, P.C.
    Two Gateway Center, 12th Floor
    Newark, NJ 07102
    (973) 642-1900 (telephone)
    (973) 642-0099 (facsimile)
    jguarino@ebglaw.com

is admitted to practice *pro hac vice* as counsel for Defendant Quest Diagnostics Incorporated, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       December 30, 2009

_____
Honorable Barbara S. Jones, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SEMENTHE DOZIER,

                        Plaintiff,

       – against –

QUEST DIAGNOSTICS INCORPORATED,

                        Defendant.

Case No. 09 Civ. 9941 (BSJ)

**AFFIDAVIT OF JOSEPH D. GUARINO IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

------------------------------------- x

STATE OF NEW JERSEY  )
                              ) SS.:
COUNTY OF ESSEX       )

JOSEPH D. GUARINO, being duly sworn, deposes and says:

1. I am a member of the law firm of Epstein Becker & Green, P.C., attorneys for Defendant Quest Diagnostics Incorporated (hereinafter referred to as "Quest Diagnostics" or "Defendant"), in the above-captioned action. I am a resident in the firm's Newark, New Jersey office located at Two Gateway Center, 12th Floor, Newark, New Jersey 07102.

2. I am a member in good standing of the bar of the State of New Jersey. I am also admitted to the bars of the United States District Court for the District of New Jersey and United States Courts of Appeals for the Second and Third Circuits. Certificates of good standing issued by the bars of the State of New Jersey and the United States District Court for the District of New Jersey are attached hereto as Exhibits A and B respectively.

NY:3911066v1

WHEREFORE, it is respectfully requested that the instant motion to admit *pro hac vice*, pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, to represent Defendant in the above-captioned matter, be granted.

---
JOSEPH D. GUARINO

Sworn to before me this
___ day of _____, 2009

_____
Notary Public

JOHN M. CULLEN
NOTARY PUBLIC STATE OF NEW JERSEY
MY COMMISSION EXPIRES AUGUST 26, 2010

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **JOSEPH DOMENICK GUARINO**
*(No.* **016491996** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 17, 1996** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **8TH** *day of* **December** *, 20* **09**

*Clerk of the Supreme Court*

-453a-

# Certificate of Good Standing



United States of America

District of New Jersey

    I,    WILLIAM T. WALSH,    Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Joseph D. Guarino

was duly admitted to practice in said Court as of January 4, 1997, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: December 14, 2009

                            WILLIAM T. WALSH, CLERK

                  By_____
                            Carey P. Carlisle, Deputy Clerk

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ) ss:
COUNTY OF NEW YORK )

Frances Many-Harris, being duly sworn, says:

I am not a party to this action, am over 18 years old and reside in Nutley, New Jersey. On December 21, 2009, I served a true copy of the *Notice of Motion for Admission Pro Hac Vice, Affidavits of Amy J. Traub and Joseph D. Guarino in Support of Motion for Admission Pro Hac Vice,* and *a proposed Order for Admission Pro Hac Vice,* via Federal Express overnight delivery addressed to the following person at the address indicated:

To: David Abrams, Esq.
299 Broadway, Suite 1700
New York, New York 10007
*Attorney for Plaintiff*

_____
Frances Many-Harris

Sworn to before me this
21st day of December, 2009

_____
Notary Public

BEVERLY A. HARRIS CHANCE
Notary Public, State of New York
No. 01HA4922561
Qualified in Kings County
Commission Expires 03/14/2010